AARON D. FORD
Attorney General
CAMERON P. VANDENBERG
Chief Deputy Attorney General
NV Bar No. 4356
ALINA KRAUFF
Deputy Attorney General
NV Bar No. 16266
Personnel Division
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
Telephone: (775) 687-2100
Facsimile: (775) 688-1822
cvandenberg@ag.nv.gov
akrauff@ag.nv.gov
*Attorneys for Defendant Department of Administration*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS AVILA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA on Relation of its DEPARTMENT OF ADMINISTRATION PUBLIC WORKS DIVISION,<br><br>　　　　Defendant. | Case No. 2:23-cv-00786-ART-EJY<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br>(First Request) |

　　　　Defendant Department of Administration, by and through counsel, Aaron D. Ford, Attorney General, Cameron Vandenberg, Chief Deputy Attorney General, and Alina Krauff, Deputy Attorney General, hereby respectfully submit this Stipulation and Order Extending Time for Defendant to answer or otherwise respond to Plaintiff Louis Avila's Complaint (ECF No. 1-2), with a current deadline of May 26, 2023. The parties are respectfully requesting that the Court extend the deadline for Defendant's Answer for an additional eleven (11) days, up to and including June 6, 2023.

　　　　Although Defendant's counsel has been reviewing relevant documents and records and working on responding to Plaintiff's Complaint following removal of the case to this Court, counsel

/ / /

requires more time to complete the Answer. This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties stipulate that the time for Defendants to file their Answer to Plaintiff's Complaint be extended an additional eleven (11) days up to and including June 6, 2023.

APPROVED AS TO FORM AND CONTENT on the 25th day of May 2023.

| AARON FORD<br>Attorney General | KEMP & KEMP |
|---|---|
| By: /s/ Cameron Vandenberg<br>CAMERON VANDENBERG<br>Chief Deputy Attorney General<br>Nevada Bar No. 4356<br>ALINA KRAUFF<br>Deputy Attorney General<br>Nevada Bar No. 16266<br>5420 Kietzke Lane, Suite 2020<br>Reno, Nevada 89511<br>*Attorneys for Defendant* | /s/ James P. Kemp<br>JAMES P. KEMP<br>Nevada Bar No. 6375<br>7435 W. Azure Dr., Suite 110<br>Las Vegas, Nevada 89130<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 30, 2023