**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LOUIS AVILA,<br><br>    Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA on Relation of its DEPARTMENT OF ADMINISTRATION PUBLIC WORKS DIVISION,<br><br>    Defendant. | Case No. 2:23-cv-00786-ART-EJY<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Defendant DEPARTMENT OF ADMINISTRATION (hereinafter, "Admin" or "Defendant"), by and through counsel, AARON D. FORD, Attorney General, CAMERON VANDENBERG, Chief Deputy Attorney General, and ALINA KRAUFF, Deputy Attorney General, and Plaintiff LOUIS AVILA, by and through counsel, JAMES P. KEMP, hereby stipulate and agree that consistent with the requirements of Federal Rule of Civil Procedure

/ / /

/ / /

/ / /

/ / /

1

41(a), the Court may dismiss Plaintiff's action against Defendant, in its entirety, with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 19th day of September 2023.

| | |
|---|---|
| AARON FORD<br>Attorney General | KEMP & KEMP |
| By: */s/ Alina Krauff*<br>CAMERON VANDENBERG<br>Chief Deputy Attorney General<br>Nevada Bar No. 4356<br>ALINA KRAUFF<br>Nevada Bar No. 16266<br>5420 Kietzke Lane, Suite 2020<br>Reno, Nevada 89511<br>*Attorneys for Defendant* | */s/ James P. Kemp*<br>JAMES P. KEMP<br>Nevada Bar No. 6375<br>7435 W. Azure Dr., Suite 110<br>Las Vegas, Nevada 89130<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge

Dated:           September 20, 2023

2